[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

RECEIVED

DEC 19 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gonzalo Nava

)
)
)
)
)
Plaintiff(s),                )        Case Number:
)
v.   MSC Industrial Supply Co.  )
)        16CV11447
)        JUDGE WOOD
)        MAG. JUDGE WEISMAN
)
Defendant(s).                )

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1.  This is an action for employment discrimination.

2.  The plaintiff is  Gonzalo Nava  of the county of  Dupage  in the state of  Illinois .

3.  The defendant is  MSC Industrial Supply Co. , whose street address is  575 Hunter Drive. ,
(city) Hanover Park (county) Cook (state) IL (ZIP) 60133
(Defendant's telephone number)  (847) – 598 – 4344

4.  The plaintiff sought employment or was employed by the defendant at (street address)
575 Hunter Drive  (city) Hanover Park
(county) Cook (state) IL (ZIP code) 60133

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)___January___, (day)___1___, (year)~~2014~~ 2015

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☐ the United States Equal Employment Opportunity Commission, on or about

            (month)_____ (day)_____ (year)_____.

        (ii) ☒ the Illinois Department of Human Rights, on or about

            (month)___April___ (day)_13_ (year)_2015_.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

       ☐ Yes (month)_____ (day)_____ (year) _____

       ☐ No, did not file Complaint of Employment Discrimination

(b)      The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)      Attached is a copy of the

       (i) Complaint of Employment Discrimination,

           ☐ Yes    ☐ No, but a copy will be filed within 14 days.

       (ii) Final Agency Decision

           ☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8.      *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

      (a) ☐      the United States Equal Employment Opportunity Commission has not

           issued a *Notice of Right to Sue.*

      (b) ☐  the United States Equal Employment Opportunity Commission has issued

           a *Notice of Right to Sue*, which was received by the plaintiff on

           (month)_____ (day)_____ (year)_____ a copy of which

           *Notice* is attached to this complaint.

9.      The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a)  ☐  Age (Age Discrimination Employment Act).

(b)  ☐  Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.    If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.    Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.    The defendant [*check only those that apply*]
    (a) ☐ failed to hire the plaintiff.

    (b) ☒ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ failed to stop harassment;

    (g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_____

_____

_____

_____

_____

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☒ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): _____

_____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)    ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)    ☐ Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

Gonzalo Nava
(Plaintiff's name)

542 Adare Rd.
(Plaintiff's street address)

(City) Bartlett   (State) IL   (ZIP) 60103

(Plaintiff's telephone number) (209) – 231-7436

Date: 12/18/16

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To:  **Gonzalo Nava**
**542 Adare Road**
**Bartlett, IL 60103**

From:  **Chicago District Office**
**500 West Madison St**
**Suite 2000**
**Chicago, IL 60661**

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **21B-2015-01304** | **Daniel Lim,** **State & Local Coordinator** | **(312) 869-8082** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman/ht*
_____
**Julianne Bowman,**
**District Director**

September 19, 2016
_____
*(Date Mailed)*

Enclosures(s)

cc:

**MSC INDUSTRIAL DIRECT COMPANY, INC.**
**c/o Daniel O. Canales, Esq.**
**Ogletree, Deakins, Nash, Smoak & Stewart, PC**
**155 N. Wacker Drive, Suite 4300**
**Chicago, IL 60606**

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | ☒ IDHR | 2015CF2752 |
| #15W0413.06 | ☐ EEOC | |

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | | TELEPHONE NUMBER (include area code) | |
|---|---|---|---|
| GONZALO NAVA | | (909) 231-7436 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH | |
| 542 ADARE ROAD | BARTLETT, IL 60103 - 1928 | / / M D Y | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code) |
|---|---|---|
| MSC INDUSTRIAL DIRECT COMPANY, INC. | | (847) 598-4344 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 1575 HUNTER DRIVE | HANOVER PARK, IL 60133 - 6720 | COOK |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| National Origin    Ancestry | 12/14    04/08/15 |
| | ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

**Technical Amendment**

**This Technical Amendment is being made to correct Respondent's name.**


ESK

Page 1 of 1

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME |
|---|---|
| | THIS ___ DAY OF ___, 2015 |
| | X _____ |
| | NOTARY SIGNATURE |

| OFFICIAL SEAL YOLANDA G GODWIN NOTARY PUBLIC - STATE OF ILLINOIS MY COMMISSION EXPIRES:09/21/19 | 12/9/15 | X _Gonzalo Nava_   12/9/15 |
|---|---|---|
| NOTARY STAMP | | SIGNATURE OF COMPLAINANT   DATE |
| | | I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

EEO-5 FORM (3/15-INT)

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | ☒ IDHR | 2015CF2752 |
| #15W0413.06 | ☐ EEOC | |

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br>**GONZALO NAVA** | TELEPHONE NUMBER (include area code)<br>**(909) 231-7436** | |
|---|---|---|
| STREET ADDRESS<br>**542 ADARE ROAD** | CITY, STATE AND ZIP CODE<br>**BARTLETT, IL 60103 - 1928** | DATE OF BIRTH<br>/     /<br>M   D   Y |

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)**

| NAME OF RESPONDENT<br>**MSC INDUSTRIAL DIRECT COMPANY, INC.** | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code)<br>**(847) 598-4344** |
|---|---|---|
| STREET ADDRESS<br>**1575 HUNTER DRIVE** | CITY, STATE AND ZIP CODE<br>**HANOVER PARK, IL 60133 - 6720** | COUNTY<br>**COOK** |

| CAUSE OF DISCRIMINATION BASED ON:<br>**National Origin     Ancestry** | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>**12/14     04/08/15**<br>☐ CONTINUING ACTION |
|---|---|

**THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:**

<u>Technical Amendment</u>

This Technical Amendment is being made to correct Respondent's name.

ESK

Page 1 of 1

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br>THIS _____ DAY OF _____, 2015<br>X _____<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>YOLANDA G GODWIN<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:09/21/19<br><br>12/9/15<br>NOTARY STAMP | X _____ 12/9/15<br>SIGNATURE OF COMPLAINANT        DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

EEO-5 FORM (3/15-INT)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

15w0413.06

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2015CF2752 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (Include area code) | |
|---|---|---|
| Mr. Gonzalo Nava | (909) 231-7436 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 542 Adare Road | Bartlett, IL 60103 | M   D   YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (Include area code) |
|---|---|---|
| MSC Industrial Supply Company | | (847) 598-4344 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 1575 Hunter Drive | Hanover Park, IL 60133 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA)  LATEST (ALL) |
|---|---|
| National Origin   Ancestry | 12/14      04/08/15 ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A. ISSUE/BASIS

HARASSMENT – DECEMBER 2014, THROUGH APRIL 8, 2015, DUE TO MY NATIONAL ORIGIN, MEXICO

B. PRIMA FACIE ALLEGATIONS

1. My national origin is Mexico.

2. Respondent was aware of my national origin.

Page 1 of 7

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME THIS 13th DAY OF April 2015. |
|---|---|
| | *Donna M. Evans* |
| | NOTARY SIGNATURE |
| OFFICIAL SEAL DONNA M EVANS NOTARY PUBLIC - STATE OF ILLINOIS MY COMMISSION EXPIRES:06/03/18 NOTARY STAMP | X *Gonzalo Nava*                4/13/15 |
| | SIGNATURE OF COMPLAINANT            DATE |
| | I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 7/12-INT)

Charge Number:  20[    ]F2752
Complainant:Mr. Gonzalo Nava
Page 2 of 7

3.  My work performance as an order picker meets Respondent's expectations. I was hired in February 2011.

4.  Since December 2014 through April 8, 2015, Ruben (last name unknown, USA), Supervisor, harassed me repeatedly for not meeting Respondent's production standards and has threatened to write me up and/or discharge me.

5.  These adverse actions have created a hostile, intimidating and offensive work environment which has substantially interfered with my ability to perform my job.

6.  Similarly situated employees whose national origin is not Mexico were not treated in this manner.

## II.  A. ISSUE/BASIS

HARASSMENT – DECEMBER 2014, THROUGH APRIL 8, 2015, DUE TO MY ANCESTRY, HISPANIC

## B. PRIMA FACIE ALLEGATIONS

1.  My ancestry is Hispanic.

2.  Respondent was aware of my ancestry.

3.  My work performance as an order picker meets Respondent's expectations. I was hired in February 2011.

4.  Since December 2014 through April 8, 2015, Ruben (last name unknown, Hispanic), Supervisor, harassed me repeatedly for not meeting Respondent's production standards and has threatened to write me up and/or discharge me.

5.  These adverse actions have created a hostile, intimidating and offensive work environment which has substantially interfered with my ability to perform my job.

6.  Similarly situated non-Hispanic employees were not treated in this manner.

## III.A. ISSUE/BASIS

WRITTEN REPRIMAND – DECEMBER 2014, DUE TO MY NATIONAL ORIGIN, MEXICO

Charge Number: 201 F2752
Complainant: Mr. Gonzalo Nava
Page 3 of 7

### B. PRIMA FACIE ALLEGATIONS

1. My national origin is Mexico.

2. Respondent was aware of my national origin.

3. My work performance as an order picker meets Respondent's expectations. I was hired in February 2011.

4. In December 2014, Ruben (last name unknown, USA), Supervisor, issued me a written reprimand for poor work performance.

5. Similarly situated employees whose national origin is not Mexico were not issued a written reprimand under similar circumstances.

### IV. A. ISSUE/BASIS

WRITTEN REPRIMAND – DECEMBER 2014, DUE TO MY ANCESTRY, HISPANIC

### B. PRIMA FACIE ALLEGATIONS

1. My ancestry is Hispanic.

2. Respondent was aware of my ancestry.

3. My work performance as an order picker meets Respondent's expectations. I was hired in February 2011.

4. In December 2014, Ruben (last name unknown, Hispanic), Supervisor, issued me a written reprimand for poor work performance.

5. Similarly situated non-Hispanic employees were not issued a written reprimand under similar circumstances.

### V. A. ISSUE/BASIS

WRITTEN REPRIMAND – JANUARY 2015, DUE TO MY NATIONAL ORIGIN, MEXICO

### B. PRIMA FACIE ALLEGATIONS

1. My national origin is Mexico.

2. Respondent was aware of my national origin.



Charge Number: 20██F2752
Complainant: Mr. Gonzalo Nava
Page 6 of 7

## B. PRIMA FACIE ALLEGATIONS

1. My ancestry is Hispanic.

2. Respondent was aware of my ancestry.

3. My work performance as an order picker meets Respondent's expectations. I was hired in February 2011.

4. From at least February 2015, I learned that I was subjected to unequal pay compared to the pay of similarly situated non-Hispanic employees with the same degree and skill.

## XI. A. ISSUE/BASIS

### FINAL WRITTEN REPRIMAND – APRIL 8, 2015, DUE TO MY NATIONAL ORIGIN, MEXICO

## B. PRIMA FACIE ALLEGATIONS

1. My national origin is Mexico.

2. Respondent was aware of my national origin.

3. My work performance as an order picker meets Respondent's expectations. I was hired in February 2011.

4. On April 8, 2015, Ruben (last name unknown, USA), Supervisor, issued me a final written reprimand for poor work performance.

5. Similarly situated employees whose national origin is not Mexico were not issued a final written reprimand under similar circumstances.

## XII. A. ISSUE/BASIS

### FINAL WRITTEN REPRIMAND – APRIL 8, 2015, DUE TO MY ANCESTRY, HISPANIC

## B. PRIMA FACIE ALLEGATIONS

1. My ancestry is Hispanic.

2. Respondent was aware of my ancestry.

3. My work performance as an order picker meets Respondent's

Charge Number:  20██F2752
Complainant:Mr. Gonzalo Nava
Page 7 of 7

4. On April 8, 2015, Ruben (last name unknown, Hispanic), Supervisor, issued me a final written reprimand for poor work performance.

5. Similarly situated non-Hispanic employees were not issued a final written reprimand under similar circumstances.

HMS/TFR/hms

Charge Number: 20﹍﹍F2752
Complainant: Mr. Gonzalo Nava
Page 4 of 7

3. In January 2015, Ruben (last name unknown, USA), Supervisor, issued me a written reprimand for poor work performance.

4. Similarly situated employees whose national origin is not Mexico were not issued a written reprimand under similar circumstances.

## VI. A. ISSUE/BASIS

**WRITTEN REPRIMAND – JANUARY 2015, DUE TO MY ANCESTRY, HISPANIC**

## B. PRIMA FACIE ALLEGATIONS

1. My ancestry is Hispanic.

2. Respondent was aware of my ancestry.

3. My work performance as an order picker meets Respondent's expectations. I was hired in February 2011.

4. In January 2015, Ruben (last name unknown, Hispanic), Supervisor, issued me a written reprimand for poor work performance.

5. Similarly situated non-Hispanic employees were not issued a written reprimand under similar circumstances.

## VII. A. ISSUE/BASIS

**DENIED HOURLY WAGE RATE INCREASE – FEBRUARY 2015, DUE TO MY NATIONAL ORIGIN, MEXICO**

## B. PRIMA FACIE ALLEGATIONS

1. My national origin is Mexico.

2. Respondent was aware of my national origin.

3. My work performance as an order picker meets Respondent's expectations. I was hired in February 2011.

4. In February 2015, Ruben (last name unknown, USA), Supervisor, denied me an hourly wage rate increase. The reason cited for the denial was because I repeatedly failed to meets Respondent's production standards and for leaving work early to go to my other job.

5. Similarly situated employees whose national origin is not Mexico were not denied hour rate wage increase under similar circumstances.

Charge Number: 201█F
Complainant: Mr. Gonzalo Nava
Page 5 of 7

VIII.  A. ISSUE/BASIS

**DENIED HOURLY WAGE RATE INCREASE – FEBRUARY 2015, DUE TO MY ANCESTRY, HISPANIC**

B. PRIMA FACIE ALLEGATIONS

1. My national ancestry is Hispanic.

2. Respondent was aware of my ancestry.

3. My work performance as an order picker meets Respondent's expectations. I was hired in February 2011.

4. In February 2015, Ruben (last name unknown, Hispanic), Supervisor, denied me an hourly wage rate increase. The reason cited for the denial was because I repeatedly failed to meets Respondent's production standards and for leaving work early to go to my other job.

5. Similarly situated Hispanic employees were not denied their hourly rate wage increase under similar circumstances.

IX. A. ISSUE/BASIS

**UNEQUAL PAY – FEBRUARY 2015, DUE TO MY NATIONAL ORIGIN, MEXICO**

B. PRIMA FACIE ALLEGATIONS

1. My national origin is Mexico.

2. Respondent was aware of my national origin.

3. My work performance as an order picker meets Respondent's expectations. I was hired in February 2011.

4. From at least February 2015, I learned that I was subjected to unequal pay compared to the pay of similarly situated employees with the same degree and skill and whose national origin is not Mexico.

X.  A. ISSUE/BASIS

**UNEQUAL PAY – FEBRUARY 2015, DUE TO MY ANCESTRY, HISPANIC**

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

#16W0721.01

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2016CF0099 |
| ☐ EEOC | |

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (Include area code) |
|---|---|
| Gonzalo Nava | (909) 231-7436 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH | | |
|---|---|---|---|---|
| 542 Adare Rd. | Bartlett, IL 60103 | / / | | |
| | | M | D | Y |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (Include area code) |
|---|---|---|
| SID Tool Co., Inc. | | (847) 598-4344 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1575 Hunter Rd., #B | Hanover Park, IL 60133 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Retaliation | 7/14/2015 |
| | ☐ CONTINUING ACTION |

### THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.   A.   ISSUE/BASIS

DISCHARGE – JULY 14, 2015, IN RETALIATION FOR FILING A PREVIOUS DISCRIMINATION CHARGE

B.   PRIMA FACIE ALLEGATIONS

1. ON April 13, 2015, I filed discrimination charge #2015CF2752 against Respondent with the Illinois Department of Human Rights.

Page 1 of 2

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 21st DAY OF July, 2015.

X _____
NOTARY SIGNATURE

OFFICIAL SEAL
RAQUEL C GUERRA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/17/16

NOTARY STAMP

X _____   7/21/15
SIGNATURE OF COMPLAINANT   DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

EEO-5 FORM (Rev. 11/09-INT)

Charge Number: 2016CF0099
Complainant: Gonzalo Nava
Page 2 of 2

2. On July 14, 2015, I was informed by William (last name unknown), Manager, that I was discharged. The reason given was due to my work performance.

3. The discharge followed my participation in a protected activity within such a period of time as to raise an inference of retaliatory motivation.

DEF/RCG/def

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

#16W0721.01

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2016CF0099 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) GONZALO NAVA | TELEPHONE NUMBER (include area code) (909) 231-7436 | |
|---|---|---|
| STREET ADDRESS **542 ADARE ROAD** | CITY, STATE AND ZIP CODE **BARTLETT, IL 60103 - 1928** | DATE OF BIRTH / / M D Y |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT **MSC INDUSTRIAL DIRECT COMPANY, INC.** | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code) **(847) 598-4344** |
|---|---|---|
| STREET ADDRESS **1575 HUNTER DRIVE** | CITY, STATE AND ZIP CODE **HANOVER PARK, IL 60133 - 6720** | COUNTY **COOK** |

| CAUSE OF DISCRIMINATION BASED ON: **Retaliation** | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) **07/14/2015** ☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

**Technical Amendment**

This Technical Amendment is being made to correct Respondent's name.

ESK

Page 1 of 1

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _____ DAY OF _____, 2015

X _____
NOTARY SIGNATURE

OFFICIAL SEAL
YOLANDA G GODWIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/21/19

NOTARY STAMP

X _____    12/9/15
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EEO-5 FORM (3/15-INT)